# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: WESTROCK ADVISORS, INC. | § | Case No. 11-12841 (JLG) |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PEREIRA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: _$684,539.85_        Assets Exempt: _N/A_
*(without deducting any secured claims)*

Total Distribution to Claimants:_$30,602.25_        Claims Discharged
Without Payment:_N/A_

Total Expenses of Administration:_$83,789.24_

3) Total gross receipts of $    114,391.49    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $114,391.49 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $22,184.74 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 83,789.24 | 83,789.24 | 83,789.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 177,316.36 | 155,131.62 | 30,602.25 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 570,568.22 | 6,058,559.56 | 6,007,206.56 | 0.00 |
| **TOTAL DISBURSEMENTS** | $570,568.22 | $6,341,849.90 | $6,246,127.42 | $114,391.49 |

4)  This case was originally filed under Chapter 7 on June 15, 2011. The case was pending for 100 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/16/2019          By: /s/JOHN S. PEREIRA
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PROPRIETARY ACCOUNTS AT NFS | 1129-000 | 105,576.24 |
| FURNITURE & FIXTURES | 1129-000 | 5,000.00 |
| COMPUTER EQUIPMENT | 1129-000 | 2,000.00 |
| FINRA REFUND | 1229-000 | 1,815.00 |
| Interest Income | 1270-000 | 0.25 |
| **TOTAL GROSS RECEIPTS** | | **$114,391.49** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 28S | ELM PLACE MANAGEMENT, L.L.C. | 4110-000 | N/A | 22,184.74 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$22,184.74** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN S. PEREIRA | 2100-000 | N/A | 8,969.57 | 8,969.57 | 8,969.57 |
| Trustee Expenses - JOHN S. PEREIRA | 2200-000 | N/A | 437.21 | 437.21 | 437.21 |
| Attorney for Trustee Fees (Trustee Firm) - PEREIRA & SINISI, LLP | 3110-000 | N/A | 6,983.50 | 6,983.50 | 6,983.50 |
| Other - TROUTMAN SANDERS LLP | 3210-000 | N/A | 46,081.50 | 46,081.50 | 46,081.50 |
| Other - TROUTMAN SANDERS LLP | 3220-000 | N/A | 35.79 | 35.79 | 35.79 |
| Other - LEONARD HARRIS, CPA | 3410-000 | N/A | 8,960.00 | 8,960.00 | 8,960.00 |
| Other - LEONARD HARRIS, CPA | 3420-000 | N/A | 40.88 | 40.88 | 40.88 |
| Other - G.E.M. AUCTION CORP. | 3711-000 | N/A | 500.00 | 500.00 | 500.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 5.24 | 5.24 | 5.24 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 167.47 | 167.47 | 167.47 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 256.83 | 256.83 | 256.83 |
| Other - The Bank of New York Mellon | 2600-000 | N/A | 232.96 | 232.96 | 232.96 |
| Other - VERITEXT NEW YORK REPORTING CO. | 2990-000 | N/A | 876.30 | 876.30 | 876.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 151.72 | 151.72 | 151.72 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.84 | 177.84 | 177.84 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 150.68 | 150.68 | 150.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.86 | 155.86 | 155.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 171.74 | 171.74 | 171.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.12 | 166.12 | 166.12 |

| Other - Rabobank, N.A. | 2600-000 | N/A | 149.82 | 149.82 | 149.82 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 81.15 | 81.15 | 81.15 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.33 | 176.33 | 176.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.94 | 159.94 | 159.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 154.38 | 154.38 | 154.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 175.44 | 175.44 | 175.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 148.61 | 148.61 | 148.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 174.93 | 174.93 | 174.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.06 | 164.06 | 164.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.96 | 147.96 | 147.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 153.04 | 153.04 | 153.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.65 | 168.65 | 168.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 157.85 | 157.85 | 157.85 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 62.40 | 62.40 | 62.40 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 152.32 | 152.32 | 152.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 173.06 | 173.06 | 173.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 151.83 | 151.83 | 151.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.31 | 167.31 | 167.31 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 161.83 | 161.83 | 161.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.74 | 140.74 | 140.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 177.00 | 177.00 | 177.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.92 | 155.92 | 155.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 145.32 | 145.32 | 145.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.85 | 165.85 | 165.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.25 | 155.25 | 155.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 149.86 | 149.86 | 149.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 165.13 | 165.13 | 165.13 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 82.27 | 82.27 | 82.27 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 159.70 | 159.70 | 159.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 149.08 | 149.08 | 149.08 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.29 | 164.29 | 164.29 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 153.77 | 153.77 | 153.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 148.43 | 148.43 | 148.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 168.69 | 168.69 | 168.69 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.60 | 147.60 | 147.60 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 147.38 | 147.38 | 147.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 167.50 | 167.50 | 167.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.95 | 146.95 | 146.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.74 | 146.74 | 146.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.77 | 166.77 | 166.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 146.31 | 146.31 | 146.31 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 51.66 | 51.66 | 51.66 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.26 | 166.26 | 166.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 150.86 | 150.86 | 150.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 145.59 | 145.59 | 145.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 160.44 | 160.44 | 160.44 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 150.18 | 150.18 | 150.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 160.37 | 160.37 | 160.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 140.13 | 140.13 | 140.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 154.94 | 154.94 | 154.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 139.73 | 139.73 | 139.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 164.47 | 164.47 | 164.47 |
| Other - JOHN S. PEREIRA | 2300-000 | N/A | 43.01 | 43.01 | 43.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 138.17 | 138.17 | 138.17 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 72.00 | 72.00 | 72.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 68.00 | 68.00 | 68.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 66.00 | 66.00 | 66.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 62.00 | 62.00 | 62.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 58.00 | 58.00 | 58.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 55.00 | 55.00 | 55.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 14.00 | 14.00 | 14.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 14.00 | 14.00 | 14.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 13.00 | 13.00 | 13.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 16.00 | 16.00 | 16.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 16.00 | 16.00 | 16.00 |
| Other - NYS CORPORATION TAX | 2820-000 | N/A | 14.00 | 14.00 | 14.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 72.00 | 72.00 | 72.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 68.00 | 68.00 | 68.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 66.00 | 66.00 | 66.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 62.00 | 62.00 | 62.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 58.00 | 58.00 | 58.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 55.00 | 55.00 | 55.00 |
| Other – NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 50.00 | 50.00 | 50.00 |
| Other – FEDEX | 2990-000 | N/A | 8.68 | 8.68 | 8.68 |
| Other – JOHN S. PEREIRA | 2300-000 | N/A | 25.08 | 25.08 | 25.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$83,789.24** | **$83,789.24** | **$83,789.24** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | STATE OF NEW YORK DEPARTMENT OF LABOR | 5800-000 | N/A | 1,268.60 | 1,268.60 | 85.24 |
| 11 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | 5400-000 | N/A | 21,631.59 | 21,631.59 | 21,631.59 |
| 12 | NYC DEPARTMENT OF FINANCE | 5800-000 | N/A | 100,575.00 | 100,575.00 | 6,758.23 |
| 13 | STATE OF NEW YORK DEPARTMENT OF LABOR | 5800-000 | N/A | 31,466.42 | 31,466.42 | 2,114.42 |
| 18P | NYS DEPARTMENT OF TAXATION AND FINANCE | 5800-000 | N/A | 190.01 | 190.01 | 12.77 |
| 28P | ELM PLACE MANAGEMENT, L.L.C. | 5800-000 | N/A | 22,184.74 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$177,316.36** | **$155,131.62** | **$30,602.25** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WELLS FARGO FINANCIAL LEASING, INC. | 7100-000 | N/A | 55,591.33 | 55,591.33 | 0.00 |
| 2 | NYS DEPARTMENT OF LABOR | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 3 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | 4,576.69 | 11,693.40 | 11,693.40 | 0.00 |
| 4 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | N/A | 10,358.29 | 10,358.29 | 0.00 |
| 5 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | N/A | 3,199.64 | 3,199.64 | 0.00 |
| 6 | FEDEX TECH CONNECT INC | 7100-000 | 1,210.41 | 2,175.81 | 2,175.81 | 0.00 |
| 7 | CANON FINANCIAL SERVICES, INC. | 7100-000 | 13,090.04 | 189,415.12 | 189,415.12 | 0.00 |
| 8 | CIT TECHNOLOGY FINANCING SERVICES, INC. | 7100-000 | N/A | 29,996.91 | 29,996.91 | 0.00 |
| 9 | LEO AND DOROTHY BRUSS, HUSBAND AND WIFE | 7100-000 | N/A | 131,581.00 | 131,581.00 | 0.00 |
| 14 | JOHN H. ALLEN | 7100-000 | N/A | 29,353.00 | 0.00 | 0.00 |
| 15 | KEITH N. BLACKMORE | 7100-000 | 14,000.00 | 15,000.00 | 15,000.00 | 0.00 |
| 16 | JOHN H. ALLEN | 7100-000 | N/A | 29,353.00 | 29,353.00 | 0.00 |
| 17 | MCDONALD INFORMATION SERVICE, INC. | 7100-000 | 117.73 | 125.85 | 125.85 | 0.00 |
| 18U | NYS DEPARTMENT OF TAXATION AND FINANCE | 7100-000 | N/A | 6,267.68 | 6,267.68 | 0.00 |
| 19 | W2007 MONDAY 230 PARK OWNER, LLC | 7100-000 | 137,323.15 | 860,174.51 | 860,174.51 | 0.00 |
| 20 | Garland James, Joel Smith, Gary James and others | 7100-000 | N/A | 4,357,800.00 | 4,357,800.00 | 0.00 |
| 21 | BRADLEY AMUNDSON | 7100-000 | N/A | 45,107.26 | 45,107.26 | 0.00 |
| 22 | KENNETH AHRENS | 7100-000 | N/A | 56,384.08 | 56,384.08 | 0.00 |
| 23 | ROBERT RASTBERGER | 7100-000 | N/A | 22,553.63 | 22,553.63 | 0.00 |
| 24 | MARK SALVIA | 7100-000 | N/A | 22,553.63 | 22,553.63 | 0.00 |
| 25 | TIMOTHY MCINTYRE | 7100-000 | N/A | 112,768.16 | 112,768.16 | 0.00 |
| 26 | PERRY DICLEMENTE | 7100-000 | N/A | 45,107.26 | 45,107.26 | 0.00 |
| 27 | ELM PLACE MANAGEMENT, L.L.C. | 7200-000 | N/A | 22,000.00 | 0.00 | 0.00 |
| NOTFILED | Fire Solutions | 7100-000 | 2,475.00 | N/A | N/A | 0.00 |
| NOTFILED | FINRA | 7100-000 | 71,973.43 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express - LI | 7100-000 | 837.13 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Inv. Instit. Oper.Co. | 7100-000 | 1,415.00 | N/A | N/A | 0.00 |
| NOTFILED | Grand Metro Building Co., LLC | 7100-000 | 25,466.64 | N/A | N/A | 0.00 |
| NOTFILED | IT Technologies | 7100-000 | 525.20 | N/A | N/A | 0.00 |
| NOTFILED | Gregory Martino | 7100-000 | 2,220.26 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Lazare Potter & Giacovas LLP | 7100-000 | 78,732.18 | N/A | N/A | 0.00 |
| NOTFILED | JRS Financial Services | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | M.I. Grossman & Company | 7100-000 | 11,860.00 | N/A | N/A | 0.00 |
| NOTFILED | GRM Information Mgmt Ser. | 7100-000 | 217.52 | N/A | N/A | 0.00 |
| NOTFILED | Marlin Leasing | 7100-000 | 207.95 | N/A | N/A | 0.00 |
| NOTFILED | Peter Luger Steakhouse | 7100-000 | 52.10 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable-NYC | 7100-000 | 1,218.04 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Reuters | 7100-000 | 1,783.38 | N/A | N/A | 0.00 |
| NOTFILED | Time Warner Cable | 7100-000 | 1,152.39 | N/A | N/A | 0.00 |
| NOTFILED | Urban Express | 7100-000 | 50.40 | N/A | N/A | 0.00 |
| NOTFILED | Vierzon Wireless | 7100-000 | 1,321.44 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 418.21 | N/A | N/A | 0.00 |
| NOTFILED | W.B. Mason - East Meadow | 7100-000 | 1,383.57 | N/A | N/A | 0.00 |
| NOTFILED | Verizon - Amityville | 7100-000 | 419.29 | N/A | N/A | 0.00 |
| NOTFILED | W.B. Mason - NYC | 7100-000 | 3,141.79 | N/A | N/A | 0.00 |
| NOTFILED | The Nasdaq Stock Market, LLC | 7100-000 | 8,882.64 | N/A | N/A | 0.00 |
| NOTFILED | The Chase Bank | 7100-000 | 1,662.84 | N/A | N/A | 0.00 |
| NOTFILED | The Hartford | 7100-000 | 5,041.80 | N/A | N/A | 0.00 |
| NOTFILED | Exxell Associates | 7100-000 | 27,500.00 | N/A | N/A | 0.00 |
| NOTFILED | One Communications | 7100-000 | 1,973.78 | N/A | N/A | 0.00 |
| NOTFILED | PaeTec Communications, Inc.-LI | 7100-000 | 2,441.51 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes Global Fin. Serv. | 7100-000 | 765.33 | N/A | N/A | 0.00 |
| NOTFILED | SCS Printing & Office Products | 7100-000 | 450.01 | N/A | N/A | 0.00 |
| NOTFILED | Purchase Power | 7100-000 | 2,099.65 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile - Bankruptcy Department | 7100-000 | 379.46 | N/A | N/A | 0.00 |
| NOTFILED | Securities Ind. & Fin.Mkts.Ass | 7100-000 | 6,716.00 | N/A | N/A | 0.00 |
| NOTFILED | Sobel & Co., LLC | 7100-000 | 16,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Printing Company | 7100-000 | 714.74 | N/A | N/A | 0.00 |
| NOTFILED | Canon Business Solutions | 7100-000 | 527.16 | N/A | N/A | 0.00 |
| NOTFILED | Charles M. O'Rourke | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Canon Business Solutions-East | 7100-000 | 43.11 | N/A | N/A | 0.00 |
| NOTFILED | CIGNA HealthCare | 7100-000 | 34,187.98 | N/A | N/A | 0.00 |
| NOTFILED | Corporate Coffee Systems | 7100-000 | 407.15 | N/A | N/A | 0.00 |
| NOTFILED | Citrin Cooperman & Co., LLP | 7100-000 | 5,245.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | East Coast Executive | 7100-000 | 109.26 | N/A | N/A | 0.00 |
| NOTFILED | Deer Park | 7100-000 | 84.30 | N/A | N/A | 0.00 |
| NOTFILED | Cablevision-Long Island | 7100-000 | 58.06 | N/A | N/A | 0.00 |
| NOTFILED | Broadview Networks | 7100-000 | 30,367.26 | N/A | N/A | 0.00 |
| NOTFILED | eFax Corporate | 7100-000 | 127.05 | N/A | N/A | 0.00 |
| NOTFILED | Brickman & Bamberger | 7100-000 | 41,889.50 | N/A | N/A | 0.00 |
| NOTFILED | AEW Cleaning, LLC | 7100-000 | 205.69 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $570,568.22 | $6,058,559.56 | $6,007,206.56 | $0.00 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 11-12841 (JLG)

Case Name:    WESTROCK ADVISORS, INC.

Period Ending: 10/16/19

Trustee:    (521200)    JOHN S. PEREIRA

Filed (f) or Converted (c):  06/15/11 (f)

§341(a) Meeting Date:    07/13/11

Claims Bar Date:    06/18/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1    BANK ACCOUNTS<br>Orig. Asset Memo: Chase Payroll; | 600.85 | 0.00 | | 0.00 | FA |
| 2    PROPRIETARY ACCOUNTS AT NFS<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 43,309.56 | 0.00 | | 105,576.24 | FA |
| 3    CASH ADVANCES AND DEPOSITS<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 64,382.39 | 0.00 | | 0.00 | FA |
| 4    PREPAID INSURANCE/WORKER COMP.<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 5,041.80 | 0.00 | | 0.00 | FA |
| 5    PREPAID EXPENSES - MISC<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 33,677.82 | 0.00 | | 0.00 | FA |
| 6    RECEIVABLE FROM WESTROCK GROUP<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 147,742.42 | 0.00 | | 0.00 | FA |
| 7    PROMISSORY NOTE - ED TAYLOR<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 19,750.00 | 0.00 | | 0.00 | FA |
| 8    EMPLOYEE COMM. RECEIVABLE<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 21,527.73 | 0.00 | | 0.00 | FA |
| 9    EMPLOYEE ADVANCES<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 2,770.50 | 0.00 | | 0.00 | FA |
| 10    EMPLOYEE LOANS<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 10,000.00 | 0.00 | | 0.00 | FA |
| 11    FURNITURE & FIXTURES<br>Orig. Asset Memo: Imported from original petition Doc# 7 | 6,005.58 | 0.00 | | 5,000.00 | FA |
| 12    COMPUTER EQUIPMENT<br>Orig. Asset Memo: Imported from original petition | 5,794.67 | 0.00 | | 2,000.00 | FA |

Exhibit 8

# Form 1

**Page: 2**

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-12841 (JLG) | **Trustee:** (521200)   JOHN S. PEREIRA |
| **Case Name:** WESTROCK ADVISORS, INC. | **Filed (f) or Converted (c):** 06/15/11 (f) |
| | **§341(a) Meeting Date:** 07/13/11 |
| **Period Ending:** 10/16/19 | **Claims Bar Date:** 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| Doc# 7 | | | | | |
| 13   MACHINERY & EQUIPMENT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 7 | 3,293.75 | 0.00 | | 0.00 | FA |
| 14   TD/SD ADJUSTMENT<br>Orig. Asset Memo: Imported from original petition<br>Doc# 7 | 11,859.54 | 0.00 | | 0.00 | FA |
| 15   INVENTORY LONG (PROPRIETARY POSITIONS)<br>Orig. Asset Memo: Imported from original petition<br>Doc# 7 | 359,548.26 | 0.00 | | 0.00 | FA |
| 16   PAYROLL EXCHANGE<br>Orig. Asset Memo: Imported from original petition<br>Doc# 7 | 4,344.79 | 0.00 | | 0.00 | FA |
| 17   FINRA REFUND  (u) | 1,815.00 | 0.00 | | 1,815.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 0.25 | FA |
| 18   **Assets    Totals** (Excluding unknown values) | **$741,464.66** | **$0.00** | | **$114,391.49** | **$0.00** |

**Major Activities Affecting Case Closing:**

Retained Special Counsel;  funds in proprietary accounts turned over; related cases filed into Chapter 7; JSP trustee.

1-10-16 Claims to be examined and determination made as to whether to sever cases and file no asset reports where appropriate.

5/27/16 time records for atty and trustee completed.

One of four related cases jointly administered.  Some of which may be severed and closed as no asset cases.  The estate in Monarch consists of the funds in the Clearling firm Deposit Account .

Westrock

On June 15, 2011, Westrock Advisers ("Advisers"), a former broker-dealer, filed a voluntary Chapter 7 petition, and John S. Pereira (the "Trustee") was appointed as Trustee immediately thereafter.

Advisers had operated out of leased office space located at 201 Old Country Road, Melville, New York 11747, but had vacated these premises prior to filing its petition. The Trustee, after conferring with the landlord of this property, agreed to reject this lease and turn the premises over to the landlord immediately, in exchange for the landlord's waiver of its claim for prepetition and post-petition arrearages.  The Court approved this rejection on the Trustee's application.

The Trustee retained, with the Court's approval, G.E.M. Auction Company ("G.E.M.") to inventory and appraise the personal property located at the Melville location. As a result of G.E.M.'s appraisal, the Trustee agreed to accept the landlord's offer to purchase the property for $5,000 at a private sale, which was approved by the Court on the Trustee's application.

Advisers operated its business as an "introducing" broker whose customers' accounts were held by an affiliate of Fidelity Investments ("Fidelity"), and, accordingly,

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| | |
|---|---|
| **Case Number:** 11-12841 (JLG) | **Trustee:** (521200) JOHN S. PEREIRA |
| **Case Name:** WESTROCK ADVISORS, INC. | **Filed (f) or Converted (c):** 06/15/11 (f) |
| | **§341(a) Meeting Date:** 07/13/11 |
| **Period Ending:** 10/16/19 | **Claims Bar Date:** 06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

securities in Advisers' customer accounts were returned to the customers prior to Advisers' bankruptcy. However, the Debtors' schedules indicated that Advisers also had maintained "proprietary" accounts at Fidelity which held securities that belonged to Advisers, rather than its customers. The Trustee was able to locate these accounts; send "turnover" demands to Fidelity, and, after pursuing this matter with Fidelity, ultimately recovered $105,576.24 for the estate.

At the Trustee's request, the clerk issued a Notice of Possible Dividends fixing June 18, 2013, as the last date for filing proofs of claim. By that date, 26 claims, totaling approximately $6.2 million were filed.

Prior to the two-year deadlines imposed by the Code, the Trustee, through counsel, conducted a review to determine whether any "avoidance" actions, or actions subject to a "Section108" extension, should be commenced. It was determined that no action was worth pursuing, with one potential exception - Advisers' schedules reflected a receivable of $147,742.42 due from its corporate parent, Westrock Group, Inc. ("Group"), thus suggesting that Advisers may have improperly "upstreamed" cash, without consideration, prior to its bankruptcy filing. However, prior to the initiation of any avoidance action, Group and two other affiliates of Advisers, filed bankruptcy petitions, so this receivable will be resolved as an intercompany claim in the related bankruptcies.

(b) LBC

As indicated above, on September 6, 2012, Westrock Group, the parent company of Advisers, filed a voluntary Chapter 7 petition. On the same day, two other related entities filed their own Chapter 7 petitions: Monarch Financial Corporation of America, Inc. ("Monarch") is another former broker-dealer that was also wholly-owned by Group, and LBC Western, Inc. ("LBC") is a company that, some years prior to the bankruptcy filings, purchased all of the common stock of Group from its prior owners, and thereby became the parent of Group, and the indirect parent of Advisers and Monarch. Because these cases are related to Advisers, the Trustee was appointed as their Trustee as well, and the cases are being jointly administered.

In connection with the sale of Group's common stock to LBC, Group's CEO, Gregory Martino ("Martino") entered into an agreement with Group, pursuant to which Group agreed to purchase, or locate third parties to purchase, Martino's common stock in Group. Martino received a total of approximately $2.6 million to purchase most of his stock, and to the extent that these funds came from Group (or one of its affiliates) the Trustee may have claims against Martino to recover these funds as fraudulent transfers or unlawful stock redemptions. The Trustee, through his counsel, is in the process of obtaining bank records and closing documents to determine the source of these payments to Martino. At this point, it appears that at least $1.5 million of the total Martino received for his stock was received from unaffiliated third-parties.

Group's books also reflect that Martino owes Group $350,000 on a loan. The Trustee is investigating the basis for this potential claim against Martino, as well as whether Martino is entitled to any offset against it based on an arbitration award in the amount of $765,000 which Martino obtained (but apparently did not have confirmed) prior to the bankruptcy.

Lease rejected; equipment sold., proprietary account turned over.

On June 15, 2011, Westrock Advisers ("Advisers"), a former broker-dealer, filed a voluntary Chapter 7 petition, and John S. Pereira (the "Trustee") was appointed as Trustee immediately thereafter.

Advisers had operated out of leased office space located at 201 Old Country Road, Melville, New York 11747, but had vacated these premises prior to filing its petition. The Trustee, after conferring with the landlord of this property, agreed to reject this lease and turn the premises over to the landlord immediately, in exchange for the landlord's waiver of its claim for prepetition and post-petition arrearages. The Court approved this rejection on the Trustee's application.

The Trustee retained, with the Court's approval, G.E.M. Auction Company ("G.E.M.") to inventory and appraise the personal property located at the Melville location. As a result of G.E.M.'s appraisal, the Trustee agreed to accept the landlord's offer to purchase the property for $5,000 at a private sale, which was approved by the Court on the Trustee's application.

Advisers operated its business as an "introducing" broker whose customers' accounts were held by an affiliate of Fidelity Investments ("Fidelity"), and, accordingly, securities in Advisers' customer accounts were returned to the customers prior to Advisers' bankruptcy. However, the Debtors' schedules indicated that Advisers also had maintained "proprietary" accounts at Fidelity which held securities that belonged to Advisers, rather than its customers. The Trustee was able to locate these

Exhibit 8

# Form 1

Page: 4

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-12841 (JLG) | Trustee:        (521200)    JOHN S. PEREIRA |
| Case Name:    WESTROCK ADVISORS, INC. | Filed (f) or Converted (c):  06/15/11 (f) |
| | §341(a) Meeting Date:    07/13/11 |
| Period Ending: 10/16/19 | Claims Bar Date:    06/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

accounts; send "turnover" demands to Fidelity, and, after pursuing this matter with Fidelity, ultimately recovered $105,576.24 for the estate.

Prior to the two-year deadlines imposed by the Code, the Trustee, through counsel, conducted a review to determine whether any "avoidance" actions, or actions subject to a "Section108" extension, should be commenced.  It was determined that no action was worth pursuing, with one potential exception - Advisers' schedules reflected a receivable of $147,742.42 due from its corporate parent, Westrock Group, Inc. ("Group"), thus suggesting that Advisers may have improperly "upstreamed" cash, without consideration, prior to its bankruptcy filing.  However, prior to the initiation of any avoidance action, Group and two other affiliates of Advisers, filed bankruptcy petitions, The Trustee filed a proof of claim in Group, but to date no assets were recovered.

(b)  LBC

As indicated above, on September 6, 2012, Westrock Group, the parent company of Advisers, filed a voluntary Chapter 7 petition.  On the same day, two other related entities filed their own Chapter 7 petitions:  Monarch Financial Corporation of America, Inc. ("Monarch") is another former broker-dealer that was also wholly-owned by Group, and LBC Western, Inc. ("LBC") is a company that, some years prior to the bankruptcy filings, purchased all of the common stock of Group from its prior owners, and thereby became the parent of Group, and the indirect parent of Advisers and Monarch.  Because these cases are related to Advisers, the Trustee was appointed as their Trustee as well, and the cases are being jointly administered.

The trustee  has now investigated the three remaining potential loan claims against former officers and employees.  One of the loans was repaid, one was released in a settlement, and the third was disputed, and not adequately documented on the Debtor's books and records, so no further recovery efforts are appropriate.  The Trustee is also now satisfied that all accounts held by the Debtor with banks and other financial institutions have been located and recovered.  Currently, claims in all of the related cases are being examined and a determination will be made as to whether it is in the best interest of creditors to sever the cases and file no asset reports in any of the cases which has no funds.  Accountant  retained to prepared fiduciary tax returns. As of December 6, 2017, claims have been examined and Claims #27 and #28 filed in Westrock Advisors, Inc. will be objected.  Once the claims issues are resolved, two of the cases may be closed as no asset cases, and final reports for the remaining two will be filed. As of 6/18, final reports being prepared.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | July 31, 2012 | Current Projected Date Of Final Report (TFR): | August 8, 2018  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-12841 (JLG) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** WESTROCK ADVISORS, INC. | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******62- - Checking Account |
| **Taxpayer ID #:** **-***0587 | **Blanket Bond:** $58,367,734.00 (per case limit) |
| **Period Ending:** 10/16/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/29/11 | {11} | Grand Metro Building Company, LLC | Good faith deposit toward purchase of debtor's personal property. | 1129-000 | 1,750.00 | | 1,750.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,750.01 |
| 09/12/11 | {12} | Grand Metro Building Company, LLC | Purchase of Trustee's interest in Debtor's property consisting of computers | 1129-000 | 2,000.00 | | 3,750.01 |
| 09/12/11 | {11} | Grand Metro Building Company, LLC | Purchase of Trustee's interest of Debtor's property consisting of furniture and equipment | 1129-000 | 3,250.00 | | 7,000.01 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 7,000.05 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,000.10 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,975.10 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,975.15 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,950.15 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,950.20 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,925.20 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,925.25 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,900.25 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,875.25 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,850.25 |
| 04/20/12 | {17} | FINRA | Refund | 1229-000 | 1,815.00 | | 8,665.25 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,640.25 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,615.25 |
| 06/22/12 | 1001 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/22/2012 FOR CASE #11-12841 | 2300-000 | | 5.24 | 8,610.01 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,585.01 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,560.01 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 8,535.01 |
| 09/04/12 | {2} | National Financial Services LLC | Turnover of proprietary account | 1129-000 | 74,813.21 | | 83,348.22 |
| 09/11/12 | {2} | National Financial Services LLC | Turnover of in proprietary account | 1129-000 | 30,720.55 | | 114,068.77 |
| 09/11/12 | {2} | National Finance Services LLC | turnover of in proprietary account | 1129-000 | 42.48 | | 114,111.25 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 167.47 | 113,943.78 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 256.83 | 113,686.95 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 232.96 | 113,453.99 |
| 12/11/12 | 1002 | VERITEXT NEW YORK REPORTING CO. | INVOICE #: NY1613485 / JOB/CONF NO #: 1556677 / FOR SERVICES RENDERED - TRANSCRIPT OF 341 MEETING HELD ON 11/7/12 | 2990-000 | | 876.30 | 112,577.69 |

Subtotals : $114,391.49   $1,813.80

{} Asset reference(s)

Printed: 10/16/2019 10:14 AM   V.14.56

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 11-12841 (JLG) | **Trustee:** | JOHN S. PEREIRA (521200) |
| **Case Name:** WESTROCK ADVISORS, INC. | **Bank Name:** | The Bank of New York Mellon |
| | **Account:** | ****.-*****62-- Checking Account |
| **Taxpayer ID #:** **-***0587 | **Blanket Bond:** | $58,367,734.00  (per case limit) |
| **Period Ending:** 10/16/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/13/12 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001052120088<br>20121213 | 9999-000 | | 112,577.69 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 114,391.49 | 114,391.49 | **$0.00** |
| Less: Bank Transfers | 0.00 | 112,577.69 | |
| **Subtotal** | 114,391.49 | 1,813.80 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$114,391.49** | **$1,813.80** | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 11-12841 (JLG) | | **Trustee:** | JOHN S. PEREIRA (521200) | | |
| **Case Name:** | WESTROCK ADVISORS, INC. | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******9566 - Checking Account | | |
| **Taxpayer ID #:** | **-***0587 | | **Blanket Bond:** | $58,367,734.00   (per case limit) | | |
| **Period Ending:** | 10/16/19 | | **Separate Bond:** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| Trans. Date | Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/14/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 112,577.69 | | 112,577.69 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.72 | 112,425.97 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.84 | 112,248.13 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.68 | 112,097.45 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.86 | 111,941.59 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 171.74 | 111,769.85 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.12 | 111,603.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.82 | 111,453.91 |
| 07/31/13 | 11002 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/31/2013 FOR CASE #11-12841 | 2300-000 | | 81.15 | 111,372.76 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.33 | 111,196.43 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.94 | 111,036.49 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.38 | 110,882.11 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 175.44 | 110,706.67 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.61 | 110,558.06 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.93 | 110,383.13 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.06 | 110,219.07 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.96 | 110,071.11 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.04 | 109,918.07 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.65 | 109,749.42 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.85 | 109,591.57 |
| 06/11/14 | 11003 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2014 FOR CASE #11-12841 | 2300-000 | | 62.40 | 109,529.17 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 152.32 | 109,376.85 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 173.06 | 109,203.79 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 151.83 | 109,051.96 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.31 | 108,884.65 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.83 | 108,722.82 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.74 | 108,582.08 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.00 | 108,405.08 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.92 | 108,249.16 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.32 | 108,103.84 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.85 | 107,937.99 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.25 | 107,782.74 |

| | Subtotals : | $112,577.69 | $4,794.95 |
|---|---|---|---|

{} Asset reference(s)

Printed: 10/16/2019 10:14 AM   V.14.56

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 11-12841 (JLG)
**Case Name:** WESTROCK ADVISORS, INC.

**Taxpayer ID #:** **-***0587
**Period Ending:** 10/16/19

**Trustee:** JOHN S. PEREIRA (521200)
**Bank Name:** Rabobank, N.A.
**Account:** ******9566 - Checking Account
**Blanket Bond:** $58,367,734.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.86 | 107,632.88 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.13 | 107,467.75 |
| 07/22/15 | 11004 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/22/2015 FOR CASE #11-12841 | 2300-000 | | 82.27 | 107,385.48 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.70 | 107,225.78 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.08 | 107,076.70 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.29 | 106,912.41 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.77 | 106,758.64 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.43 | 106,610.21 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 168.69 | 106,441.52 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.60 | 106,293.92 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 147.38 | 106,146.54 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 167.50 | 105,979.04 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.95 | 105,832.09 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.74 | 105,685.35 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.77 | 105,518.58 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.31 | 105,372.27 |
| 08/22/16 | 11005 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/22/2016 FOR CASE #11-12841 | 2300-000 | | 51.66 | 105,320.61 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.26 | 105,154.35 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.86 | 105,003.49 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 145.59 | 104,857.90 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.44 | 104,697.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 150.18 | 104,547.28 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.37 | 104,386.91 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.13 | 104,246.78 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 154.94 | 104,091.84 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 139.73 | 103,952.11 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 164.47 | 103,787.64 |
| 06/19/17 | 11006 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/19/2017 FOR CASE #11-12841 | 2300-000 | | 43.01 | 103,744.63 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 149.26 | 103,595.37 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 144.04 | 103,451.33 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.69 | 103,287.64 |

Subtotals :          $0.00          $4,495.10

{} Asset reference(s)

Printed: 10/16/2019 10:14 AM    V.14.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 11-12841 (JLG) | Trustee: JOHN S. PEREIRA (521200) |
| Case Name: WESTROCK ADVISORS, INC. | Bank Name: Rabobank, N.A. |
| | Account: ******9566 - Checking Account |
| Taxpayer ID #: **-***0587 | Blanket Bond: $58,367,734.00 (per case limit) |
| Period Ending: 10/16/19 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.61 | 103,144.03 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.24 | 102,985.79 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 148.12 | 102,837.67 |
| 12/27/17 | 11007 | NYS CORPORATION TAX | 13-3850587 / 2011 CT-3A | 2820-000 | | 72.00 | 102,765.67 |
| 12/27/17 | 11008 | NYS CORPORATION TAX | 13-3850587 / 2012 CT-3A | 2820-000 | | 68.00 | 102,697.67 |
| 12/27/17 | 11009 | NYS CORPORATION TAX | 13-3850587 / 2013 CT-3A | 2820-000 | | 66.00 | 102,631.67 |
| 12/27/17 | 11010 | NYS CORPORATION TAX | 13-3850587 / 2014 CT-3A | 2820-000 | | 62.00 | 102,569.67 |
| 12/27/17 | 11011 | NYS CORPORATION TAX | 13-3850587 / 2015 CT-3A | 2820-000 | | 58.00 | 102,511.67 |
| 12/27/17 | 11012 | NYS CORPORATION TAX | 13-3850587 / 2016 CT-3A | 2820-000 | | 55.00 | 102,456.67 |
| 12/27/17 | 11013 | NYS CORPORATION TAX | 13-3850587 / CT-3A 2017-2018 | 2820-000 | | 50.00 | 102,406.67 |
| 12/27/17 | 11014 | NYS CORPORATION TAX | 13-3850587 / 2011 CT-3M | 2820-000 | | 14.00 | 102,392.67 |
| 12/27/17 | 11015 | NYS CORPORATION TAX | 13-3850587 / 2012 CT-3M | 2820-000 | | 14.00 | 102,378.67 |
| 12/27/17 | 11016 | NYS CORPORATION TAX | 13-3850587 / 2013 CT-3M | 2820-000 | | 13.00 | 102,365.67 |
| 12/27/17 | 11017 | NYS CORPORATION TAX | 13-3850587 / 2014 CT-3M | 2820-000 | | 13.00 | 102,352.67 |
| 12/27/17 | 11018 | NYS CORPORATION TAX | 13-3850587 / 2015 CT-3M | 2820-000 | | 16.00 | 102,336.67 |
| 12/27/17 | 11019 | NYS CORPORATION TAX | 13-3850587 / 2016 CT-3M | 2820-000 | | 16.00 | 102,320.67 |
| 12/27/17 | 11020 | NYS CORPORATION TAX | 13-3850587 / CT-3M 2017-2018 | 2820-000 | | 14.00 | 102,306.67 |
| 12/27/17 | 11021 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2011 NYC-3A | 2820-000 | | 72.00 | 102,234.67 |
| 12/27/17 | 11022 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2012 NYC-3A | 2820-000 | | 68.00 | 102,166.67 |
| 12/27/17 | 11023 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2013 NYC-3A | 2820-000 | | 66.00 | 102,100.67 |
| 12/27/17 | 11024 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2014 NYC-3A | 2820-000 | | 62.00 | 102,038.67 |
| 12/27/17 | 11025 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2015 NYC-3A | 2820-000 | | 58.00 | 101,980.67 |
| 12/27/17 | 11026 | NYC DEPARTMENT OF FINANCE | 13-3850587 / 2016 NYC-3A | 2820-000 | | 55.00 | 101,925.67 |
| 12/27/17 | 11027 | NYC DEPARTMENT OF FINANCE | 13-3850587 / NYC-3A 2017-2018 | 2820-000 | | 50.00 | 101,875.67 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 142.98 | 101,732.69 |
| 01/10/18 | 11028 | FEDEX | ACCOUNT NO.: 1159-6713-4 / INVOICE NO.:<br>6-043-14926 / OVERNIGHT DELIVERY OF<br>TAX RETURNS TO ACCOUNTANT | 2990-000 | | 8.68 | 101,724.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.47 | 101,561.54 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 137.63 | 101,423.91 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 146.91 | 101,277.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.81 | 101,136.19 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.02 | 100,976.17 |
| 06/29/18 | 11029 | JOHN S. PEREIRA | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/29/2018 FOR CASE<br>#11-12841 | 2300-000 | | 25.08 | 100,951.09 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 140.39 | 100,810.70 |

Subtotals :              $0.00        $2,476.94

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-12841 (JLG) | **Trustee:** JOHN S. PEREIRA (521200) |
| **Case Name:** WESTROCK ADVISORS, INC. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9566 - Checking Account |
| **Taxpayer ID #:** **-***0587 | **Blanket Bond:** $58,367,734.00 (per case limit) |
| **Period Ending:** 10/16/19 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/07/18 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -1,800.00 | 102,610.70 |
| 07/17/19 | 11030 | JOHN S. PEREIRA | Dividend paid 100.00% on $437.21, Trustee Expenses;  Reference: | 2200-000 | | 437.21 | 102,173.49 |
| 07/17/19 | 11031 | JOHN S. PEREIRA | Dividend paid 100.00% on $8,969.57, Trustee Compensation;  Reference: | 2100-000 | | 8,969.57 | 93,203.92 |
| 07/17/19 | 11032 | G.E.M. AUCTION CORP. | Dividend paid 100.00% on $500.00, Appraiser for Trustee Fees;  Reference: Voided on 09/13/19 | 3711-001 | | 500.00 | 92,703.92 |
| 07/17/19 | 11033 | PEREIRA & SINISI, LLP | Dividend paid 100.00% on $6,983.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,983.50 | 85,720.42 |
| 07/17/19 | 11034 | TROUTMAN SANDERS LLP | Dividend paid 100.00% on $46,081.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 46,081.50 | 39,638.92 |
| 07/17/19 | 11035 | TROUTMAN SANDERS LLP | Dividend paid 100.00% on $35.79, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 35.79 | 39,603.13 |
| 07/17/19 | 11036 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $8,960.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 8,960.00 | 30,643.13 |
| 07/17/19 | 11037 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $40.88, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 40.88 | 30,602.25 |
| 07/17/19 | 11038 | CONNECTICUT GENERAL LIFE INSURANCE COMPANY | Dividend paid 100.00% on $21,631.59; Claim# 11; Filed: $21,631.59;  Reference: 1050 | 5400-000 | | 21,631.59 | 8,970.66 |
| 07/17/19 | 11039 | STATE OF NEW YORK DEPARTMENT OF LABOR | Dividend paid   6.71% on $1,268.60; Claim# 10; Filed: $1,268.60;  Reference: ER# 56-62579 5 | 5800-000 | | 85.24 | 8,885.42 |
| 07/17/19 | 11040 | NYC DEPARTMENT OF FINANCE | Dividend paid   6.71% on $100,575.00; Claim# 12; Filed: $100,575.00;  Reference: B&A CLAIM #: 11S-0124-NI | 5800-000 | | 6,758.23 | 2,127.19 |
| 07/17/19 | 11041 | STATE OF NEW YORK DEPARTMENT OF LABOR | Dividend paid   6.71% on $31,466.42; Claim# 13; Filed: $31,466.42;  Reference: ER# 56-62579 5 | 5800-000 | | 2,114.42 | 12.77 |
| 07/17/19 | 11042 | NYS DEPARTMENT OF TAXATION AND FINANCE | Dividend paid   6.71% on $190.01; Claim# 18P; Filed: $190.01;  Reference: B-13-3850587-2 | 5800-000 | | 12.77 | 0.00 |
| 09/13/19 | 11032 | G.E.M. AUCTION CORP. | Dividend paid 100.00% on $500.00, Appraiser for Trustee Fees;  Reference: Voided: check issued on 07/17/19 | 3711-001 | | -500.00 | 500.00 |
| 09/13/19 | 11043 | CLERK OF THE COURT | TURNOVER OF UNCLAIMED DIVIDENDS | 3711-000 | | 500.00 | 0.00 |

Subtotals :                $0.00        $100,810.70

{} Asset reference(s)

Printed: 10/16/2019 10:14 AM    V.14.56

Exhibit 9

## Form 2
## Cash Receipts And Disbursements Record

Page: 7

| Case Number: | 11-12841 (JLG) | | Trustee: | JOHN S. PEREIRA (521200) |
| --- | --- | --- | --- | --- |
| Case Name: | WESTROCK ADVISORS, INC. | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9566 - Checking Account |
| Taxpayer ID #: | **-***0587 | | Blanket Bond: | $58,367,734.00 (per case limit) |
| Period Ending: | 10/16/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | **ACCOUNT TOTALS** | | 112,577.69 | 112,577.69 | $0.00 |
| | | | Less: Bank Transfers | | 112,577.69 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 112,577.69 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$112,577.69** | |

| | | |
| --- | --- |
| Net Receipts : | 114,391.49 |
| Net Estate : | $114,391.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ****-******62-** | 114,391.49 | 1,813.80 | 0.00 |
| **Checking # ******9566** | 0.00 | 112,577.69 | 0.00 |
| | $114,391.49 | $114,391.49 | $0.00 |